116 A.3d 568

IN THE MATTER OF WAYNE ANTONIO AUTRY, AN ATTORNEY AT LAW (ATTORNEY NO. 032792000).

July 2, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–286, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **WAYNE ANTONIO AUTRY** of **NEWARK,** who was admitted to the bar of this State in 2001, should be reprimanded for violating *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping improprieties), and *RPC* 8.1(b) (failure to comply with a lawful demand for information from a disciplinary authority), and good cause appearing;

It is ORDERED that **WAYNE ANTONIO AUTRY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.